IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 10-114 |
| | ) | |
| KENNETH McGAVITT | ) | |

## VERDICT SLIP

We, the jury in above-captioned matter, return the following unanimous verdict:

1. As to Count One of the Indictment, mail fraud, in violation of Title 18, United States Code, Section 1341:

    \_\_\_\_ Guilty

    \_\_\_\_ Not Guilty

2. As to Count Two of the Indictment, mail fraud, in violation of Title 18, United States Code, Section 1341:

    \_\_\_\_ Guilty

    \_\_\_\_ Not Guilty

SO SAID BY ALL this _____ day of _____, 2011.

JURY FOREPERSON: _____

JURORS: _____

_____      _____

_____      _____

_____      _____

_____      _____